Steven R. WOLFE, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 48545.

Missouri Court of Appeals,
Western District.

May 10, 1994.

Patricia A. Richter, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Beal, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., and KENNEDY and ULRICH, JJ.

### ORDER

PER CURIAM:

Appeal from the denial of a Rule 24.035 motion for postconviction relief without an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).

■

STATE of Missouri, Respondent,

v.

Joseph J. YEAGER, Appellant.

No. WD 47975.

Missouri Court of Appeals,
Western District.

May 17, 1994.

Brian J. Gepford, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before HANNA, P.J., and BRECKENRIDGE and ELLIS, JJ.

### ORDER

PER CURIAM:

Defendant appeals his conviction by a jury of one count of second degree murder in violation of § 565.021.1(1), RSMo 1986 and one count of armed criminal action in violation of § 571.015.1, RSMo 1986 on which he was sentenced to consecutive terms of life imprisonment for second degree murder and thirteen years for armed criminal action.

Judgment affirmed. Rule 30.25(b).